UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

YOSBEL PRIETO-HERNANDEZ,

      Petitioner,

    v.                         Case No.:  2:26-cv-01087-SPC-DNF

WARDEN,

      Respondent,

_____/

## **OPINION AND ORDER**

Before the Court is Yosbel Prieto-Hernandez's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1). Prieto-Hernandez seeks release from immigration detention, but he does not explain why his detention is unlawful.  Conclusory allegations are not enough to warrant habeas relief. *See Chavez v. Sec'y, Fla. Dep't of Corr.*, 647 F.3d 1057, 1061 (11th Cir. 2011).

Also, the petition does not identify a respondent.  A habeas petitioner must state "the name of the person who has custody over him and by virtue of what claim or authority, if known."  28 U.S.C. § 2242.  The immediate custodian—i.e., the warden of the detention facility—is normally the only proper respondent in a habeas action, but immigration detention is more complicated.  *See Rumsfeld v. Padilla*, 542 U.S. 426, 435 n.8 (2004) (declining to decide whether the Attorney General is a proper respondent to a habeas action filed by an alien pending deportation); *see also Masingene v. Martin*, 424

F. Supp. 3d 1298, 1302 (S.D. Fla. 2020) (finding the director of ICE's local field office is a more appropriate respondent than the warden of a state-run detention facility).

The Court finds that Prieto-Hernandez is not entitled to habeas relief on any ground in his petition. Accordingly, the petition (Doc. 1) is **DISMISSED without prejudice**. Prieto-Hernandez may file an amended petition within **21 days** of this order. Otherwise, the Court will enter judgment and close this case without further notice.

**DONE AND ORDERED** in Fort Myers, Florida on April 27, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties or Record